**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CAIDYN LEE EDLUND,<br><br>Plaintiff,<br><br>v.<br><br>STOREY COUNTY, a political subdivision of the State of Nevada; MIKE CULLEN, in his official capacity as Sheriff of Storey County; BROOKE BEAUMONT; JACOB SMILEY; NICHOLAS LAWRENCE; PASQUAL VARGAS; CHRISTOPHER HAMBLIN; DESIREE BEAUMONT; and DOES I through X, inclusive,<br><br>Defendants. | Case No.: 3:26-cv-858-MMD-CSD<br><br>ORDER GRANTING<br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT DESIREE BEAUMONT TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff CAIDYN LEE EDLUND ("Plaintiff"), and Defendant DESIREE BEAUMONT ("Answering Defendant"), by and through their respective counsel and pursuant to LR 6-1, 6-2, and 7-1, hereby agree and stipulate to extend the time allowed for Answering Defendant to file her response to Plaintiff's Complaint (ECF No. 1) up to and including December 2, 2026.

This is the first request to extend the time for Answering Defendant to file her response to the Complaint.

This Stipulation is made for good cause and not for the purposes of delay. Nothing contained in this Stipulation shall be deemed a waiver of any right belonging to any party hereto.

IT IS SO STIPULATED.



DOTSON, HAYWARD & VANCE, PC
5355 RENO CORPORATE DR.
SUITE #100
RENO, NEVADA 89511

DATED this 23rd day of November, 2026.

*/s/ Luke Busby*

LUKE BUSBY
Nevada State Bar No. 10319
316 California Ave.
Reno, NV 89509
(775) 453-0112

LAUREN GORMAN
Nevada State Bar No. 11580
777 Forest St Ste A
Reno, NV 89509
(775) 742-6129

*Attorneys for Plaintiffs*

DATED this 23rd day of November, 2026.

DOTSON, HAYWARD & VANCE, PC

*/s/ Daniel T. Hayward*

DANIEL T. HAYWARD
Nevada State Bar No. 5986
5355 Reno Corporate Drive, Ste 100
Reno, Nevada 89511
(775) 501-9400

*Attorneys for Defendant*
*Desiree Beaumont*

IT IS SO ORDERED.

DATED this 24th day of November, 2026.

**UNITED STATES MAGISTRATE JUDGE**



Dotson, Hayward
& Vance, PC
5355 Reno Corporate Dr.
Suite #100
Reno, Nevada 89511